No. 00–7676.  CAMPA-FABELA v. UNITED STATES, 532 U. S. 1010;

No. 00–7869.  GOLDEN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 531 U. S. 1197;

No. 00–8568.  BROWN v. KASHYAP ET AL., 532 U. S. 979;

No. 00–8614.  COURTNEY v. ROBINSON, WARDEN, ET AL., 532 U. S. 996;

No. 00–8616.  HALL v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, 532 U. S. 997; and

No. 00–8696.  TORREZ v. DICKINSON, 532 U. S. 1010.  Petitions for rehearing denied.

No. 00–1481.  POWERS, FKA STUDINGER v. COMMISSIONER OF INTERNAL REVENUE, 532 U. S. 995.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Petition for rehearing denied.

## JUNE 21, 2001

No. 00A1112 (00–10728).  HOLLADAY v. ALABAMA.  Sup. Ct. Ala.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically.  In the event the petition for writ of certiorari is granted, the stay shall terminate upon issuance of the mandate of this Court.

No. 00A1114 (00–10749).  IN RE HOLLADAY.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending further order of the Court.

## JUNE 25, 2001

No. 00–1279.  HOUSEHOLD INTERNATIONAL TAX REDUCTION INVESTMENT PLAN v. MATZ.  C. A. 7th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Mead Corp., ante,* p. 218.

No. 00–1456.  COFFEY v. MCNAIR ET AL.  C. A. 7th Cir.  Certiorari granted, judgment vacated, and case remanded for further